```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
UNITED STATES OF AMERICA                                          :
                                                                  :
              -v-                                                 :      19-CR-906-2 (JMF)
                                                                  :
ORLANDO MERCADO,                                                  :      SCHEDULING ORDER
                                                                  :
                           Defendant(s).                          :
                                                                  :
------------------------------------------------------------------X
```

JESSE M. FURMAN, United States District Judge:

  As counsel presumably know, this District has reconfigured courtrooms and other spaces in its courthouses to allow jury trials to proceed as safely as possible during the COVID-19 pandemic. Under the centralized calendaring system currently in place, **this case has been scheduled to commence on July 13, 2021**, and is first on the list of jury trials for that day. **Accordingly, unless and until the Court orders otherwise, the parties shall be prepared to proceed to trial on that date. That is, it is a firm date.**

  It is hereby ORDERED that any proposed *voir dire*, proposed jury instructions, and proposed verdict forms, as well as any motions *in limine* or trial memoranda, shall be filed by noon on **June 28, 2021**. Any opposition to a motion *in limine* or trial memorandum shall be filed by noon on **July 2, 2021**.

  In accordance with the Court's Individual Rules and Practices for Criminal Cases, available at http://nysd.uscourts.gov/judge/Furman, a party must submit one courtesy hard copies of these documents to the Court at the time of filing. In addition, the proposed *voir dire*, proposed jury instructions, and proposed verdict forms must be e-mailed, in Microsoft Word format, to Furman_NYSDChambers@nysd.uscourts.gov.

  It is further ORDERED that the parties appear for a final pretrial conference on **July 8, 2021**, at **10:00 a.m.** Unless and until the Court orders otherwise, the conference will be held in **Courtroom 1105** of the Thurgood Marshall Courthouse, 40 Centre Street, New York, New York 10007. **The final pretrial conference must be attended by the attorney who will serve as principal trial counsel.**

  The parties must familiarize themselves with the Court's Individual Rules and Practices for Trials, available at http://nysd.uscourts.gov/judge/Furman.

  SO ORDERED.

Dated: June 3, 2021
    New York, New York
                     JESSE M. FURMAN
                      United States District Judge