UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X

UNITED STATES OF AMERICA

-v-

ORLANDO MERCADO,

Defendant.

---------------------------------------------------------------------X

19-CR-906-2 (JMF)

ORDER

JESSE M. FURMAN, United States District Judge:

On November 4, 2026, prior to the date on which Defendant's term of supervised release expired (November 7, 2026), the Court signed the attached summons directing the Defendant to appear in court today, November 12, 2026, at noon. Although the Probation Department's Request for Summons and the signed summons were entered on the docket as a sealed document held in Chambers, *see* ECF No. 87, due to an administrative error, they were not returned to the Probation Department, let alone delivered by the Probation Department to the parties.

In light of that administrative error, the date on which Defendant is to appear is ADJOURNED to **November 19, 2026**, at **2:15 p.m.** The parties should confer, and be prepared to address at the conference, whether the administrative error affects the Court's authority to adjudicate the alleged violations of supervised release, *see* 18 U.S.C. § 3583(i), and, to the extent that the parties disagree on that issue, whether the case should be reassigned to a different District Judge to resolve it.

SO ORDERED.

Dated: November 12, 2026
New York, New York

JESSE M. FURMAN
United States District Judge

AO 83 (Rev. 06/09) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
## for the
## Southern District of New York

UNITED STATES OF AMERICA )
)
vs. ) Case No. 19CR906-2 (JMF)
)
Orlando Mercado )
)

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following documents filed with the court.

X Supervised Release Violation Petition

| | |
|---|---|
| Place: Thurgood Marshall U.S. Courthouse<br>40 Foley Square<br>New York, NY 10007 | Courtroom No.: 1105 |
| | Date and Time:<br>November 12, 2026, at 12:00 p.m. |

This Offense is briefly described as follows:

Non-Compliance with supervised release conditions as outlined in the petition.

Date: November 4, 2026

*Issuing officer's signature*

Honorable Jesse M. Furman, U.S. District Judge
*Printed name and title*

I declare under penalty of perjury that I have:

_ Executed and returned this summons _ Returned this summons unexecuted

Date: ______________________

*Server's signature*

*Printed name and title*